EXHIBIT 4

EVIDENCE OF USE FOR U.S. PATENT NO. 10,049,410

Title: Receipts scanner and financial organizer

Application No.: US 14 /878,363

Filing Date: October 08, 2015

Issue Date: August 14, 2018

**Accused Product:**



Source:   https://www.rydoo.com/expense/receipt-scanner/

1

**Evidence of Use**

| Claim Language | Evidence of Infringement |
|---|---|
| 1. A method for processing a paper expense receipt using a computer system, comprising the steps of:<br><br>receiving at a computer input device the paper expense receipt from an individual incurring an expense;<br><br>receiving on a computer processor an electronic image of the expense receipt from the computer input device; | On information and belief, Defendant performs all steps of this claim or, alternatively, to the extent a user performs any step, Defendant conditions the user's use of the Defendant's accused instrumentalities on the performance of that step as disclosed herein. For example, on information and belief, a user cannot use the accused instrumentality as described in this claim chart without performance of the steps recited in this claim. By providing the functionality of the accused instrumentality as described herein, Defendant also controls the manner and/or timing of the functionality described in this claim chart. In other words, for a user to utilize the functionality described in this claim chart, the steps of this claim must be performed in the manner described herein. Without performance of the steps as described herein, the Defendant's functionality will not be available to users.<br><br>Rydoo provides the Rydoo mobile app for iOS and android mobile devices that functions as an automatic receipt scanner. It can scan an image of a receipt to produce a digital receipt that contains all of the necessary financial information. Further, Rydoo uses OCR algorithms to extract and organize data (i.e., expense data) from receipts and invoices of varied sizes. Using mobile device's camera, Rydoo can scan and upload varying size of receipts which does not require any predefined format.<br><br>![rydoo logo] |

| Claim Language | Evidence of Infringement |
|---|---|
| | <br><br>Source: https://www.rydoo.com/expense/receipt-scanner<br><br>Introducing the Rydoo Receipt Scanner App |

| Claim Language | Evidence of Infringement |
|---|---|
| | The Rydoo app functions as an automatic receipt scanner. It essentially processes an image of a receipt (using OCR algorithms) to produce a digital receipt that contains all of the necessary financial information, as well as a wealth of useful metadata.<br>Once your receipts are stored in a fully digital format, the Rydoo app provides you with a ton of extremely useful functions.<br><br>**How to Use the Rydoo Receipt Scanner App**<br><br>Our receipt scanning app was designed to be incredibly user-friendly. To digitise a receipt, simply do the following:<br><br>1. Take a picture of the receipt.<br>2. Upload the picture to Rydoo, where the OCR software will scan the image and automatically extract the amount, date, currency, and merchant.<br>3. Add any details or meta-data that you need.<br>4. Send the digital receipt for approval via your smartphone.<br>5. The expenses are automatically sent to your accounting software for processing.<br><br>Source: https://www.rydoo.com/resources/blog/receipt-scanner/rydoo-the-best-way-to-scan-receipts/ |

| Claim Language | Evidence of Infringement |
|---|---|
| processing the electronic image to automatically obtain expense data by:<br><br>using software to retrieve at least the relevant data from the electronic image; and<br><br>parsing the relevant data to obtain the expense data within the relevant data; and | <br>Source: https://www.rydoo.com/resources/blog/receipt-scanner/rydoo-the-best-way-to-scan-receipts/<br>Timestamp - 0:10/0:33 and 0:13/0:33 |

| Claim Language | Evidence of Infringement |
|---|---|
|  | Rydoo Receipt Scanner app uses OCR technology to read receipts and extract key data such as amount, date, merchant, etc.<br><br>**State-of-the-art technology**<br><br>With its embedded artificial intelligence and machine learning, our Optical Character Recognition (OCR) technology is already able to read out 95% of all receipts flawlessly. Simply hold your phone over the receipt and click, our technology does all the rest.<br><br>**Receipt Scanner**<br><br>Say goodbye to crumpled receipts attached to spreadsheets. Let your employees scan their receipts as they incur them with our mobile app. Our technology will extract all key data, such as the date, merchant, amount and currency and transform it into searchable and useable data.<br><br>Source:  https://www.rydoo.com/expense/receipt-scanner/ |

| Claim Language | Evidence of Infringement |
|---|---|
| populating an electronic expense report with the expense data; and<br><br>**Specification Support:** *Once a file is selected, it displays "ready for scanning" (Step 14) Now you can feed the receipts into the scanner 1 one at a time (Step 15). Click "scanning complete"* once you have finished scanning all the receipts. You will find that all the information from the scanned receipts is automatically entered into the computer *2 (Step 16).*<br><br>[US Patent No. 10,049,410 at col. 4, lines 16 – 21] | <br><br>Source:  https://youtu.be/Y7sCyV_FLvY?t=53<br><br>Source:  https://youtu.be/Y7sCyV_FLvY?t=55 |

| Claim Language | Evidence of Infringement |
|---|---|
| displaying the electronic expense report to the individual;<br><br>***Specification Support:***<br><br>*FIG. 3 illustrates various forms of scanned receipts. The invention allows editing of the information from the scanned receipts and organized data. This organized data can be viewed in various formats, namely, tabular form (see FIG. 4A), pie-chart form (see FIG. 4B), etc. The tabular data formats include income-expense reports, planned versus actual budget, list of all expenses with different categories, etc.*<br>*[US Patent No. 10,049,410 at col. 4, lines 45 – 52]* | After scanning the receipt, the extracted information is then automatically populated into their relevant field in the application which is displayed on the screen of the mobile device.<br><br><br><br><br>Source: https://youtu.be/Y7sCyV_FLvY?t=53<br>Source: https://youtu.be/Y7sCyV_FLvY?t=55<br>Source: https://youtu.be/Y7sCyV_FLvY?t=56 |

8

| Claim Language | Evidence of Infringement |
|---|---|
|  | Rydoo displays the extracted expenditure data of a receipt in the form of a report which can be viewed on display screen.<br><br><br><br>Source: https://help.rydoo.com/en/articles/4088107-configure-pdf-reports |

| Claim Language | Evidence of Infringement |
|---|---|
| wherein the expense receipt has no predefined format for the computer system. | <br><br>Source: https://youtu.be/Y7sCyV_FLvY?t=55 |

| Claim Language | Evidence of Infringement |
|---|---|
| | Rydoo app allows users to scan any type of expense receipt using smartphone's camera which does not require any predefined format.<br><br>**How to Use the Rydoo Receipt Scanner App**<br><br>Our receipt scanning app was designed to be incredibly user-friendly. To digitise a receipt, simply do the following:<br><br>1. Take a picture of the receipt.<br>2. Upload the picture to Rydoo, where the OCR software will scan the image and automatically extract the amount, date, currency, and merchant.<br>3. Add any details or meta-data that you need.<br>4. Send the digital receipt for approval via your smartphone.<br>5. The expenses are automatically sent to your accounting software for processing.<br><br>Source: https://www.rydoo.com/resources/blog/receipt-scanner/rydoo-the-best-way-to-scan-receipts/<br>Source: https://www.rydoo.com/expense/receipt-scanner/<br><br>**State-of-the-art technology**<br><br>With its embedded artificial intelligence and machine learning, our Optical Character Recognition (OCR) technology is already able to read out 95% of all receipts flawlessly. Simply hold your phone over the receipt and click, our technology does all the rest.<br>Source: https://www.rydoo.com/expense/receipt-scanner/ |