EXHIBIT 5

EVIDENCE OF USE FOR U.S. PATENT NO. 7,746,510

Title: Receipts scanner and financial organizer

Application No.: US 10/054,390

Filing Date: January 24, 2002

Issue Date: June 29, 2010

**Accused Product:**



Source: https://www.rydoo.com/expense/receipt-scanner/

1

## Evidence of Use

| Claim Language | Evidence of Infringement |
|---|---|
| 11. An apparatus for managing financial information, comprising:<br><br>a scanner for scanning various types of receipts of no predefined format, each said receipt containing expense information printed thereon;<br><br>a computer in communication with said scanner, said computer receiving a scan of each said receipt | Rydoo provides the Rydoo mobile app for iOS and android mobile devices that functions as an automatic receipt scanner. It can scan an image of a receipt to produce a digital receipt that contains all of the necessary financial information. Further, Rydoo uses OCR algorithms to extract and organize data (i.e., expense data) from receipts and invoices of varied sizes. Using mobile device's camera, Rydoo can scan varying size of receipts which does not require any predefined format.<br><br><br><br>Source: https://www.rydoo.com/expense/receipt-scanner/ |

| Claim Language | Evidence of Infringement |
|---|---|
| | **Introducing the Rydoo Receipt Scanner App**<br><br>The Rydoo app functions as an automatic receipt scanner. It essentially processes an image of a receipt (using OCR algorithms) to produce a digital receipt that contains all of the necessary financial information, as well as a wealth of useful metadata.<br>Once your receipts are stored in a fully digital format, the Rydoo app provides you with a ton of extremely useful functions.<br><br>**How to Use the Rydoo Receipt Scanner App**<br><br>Our receipt scanning app was designed to be incredibly user-friendly. To digitise a receipt, simply do the following:<br><br>1. Take a picture of the receipt.<br>2. Upload the picture to Rydoo, where the OCR software will scan the image and automatically extract the amount, date, currency, and merchant.<br>3. Add any details or meta-data that you need.<br>4. Send the digital receipt for approval via your smartphone.<br>5. The expenses are automatically sent to your accounting software for processing.<br><br>Source: https://www.rydoo.com/resources/blog/receipt-scanner/rydoo-the-best-way-to-scan-receipts/ |

| Claim Language | Evidence of Infringement |
|---|---|
| | <br>Source: https://www.rydoo.com/resources/blog/receipt-scanner/rydoo-the-best-way-to-scan-receipts/<br>Timestamp - 0:10/0:33 and 0:13/0:33 |

| Claim Language | Evidence of Infringement |
|---|---|
| and processing said scan by collecting the expense information from the scan; | Rydoo Receipt Scanner app uses OCR technology to process receipt and extract key financial data such as amount, etc. from scanned receipts.<br><br>**State-of-the-art technology**<br><br>With its embedded artificial intelligence and machine learning, our Optical Character Recognition (OCR) technology is already able to read out 95% of all receipts flawlessly. Simply hold your phone over the receipt and click, our technology does all the rest.<br><br># Receipt Scanner<br><br>Say goodbye to crumpled receipts attached to spreadsheets. Let your employees scan their receipts as they incur them with our mobile app. Our technology will extract all key data, such as the date, merchant, amount and currency and transform it into searchable and useable data.<br><br>Source:  https://www.rydoo.com/expense/receipt-scanner/ |

| Claim Language | Evidence of Infringement |
|---|---|
| **Specification Support:**<br>Once a file is selected, it displays "ready for scanning" (Step 14) Now you can feed the receipts into the scanner 1 one at a time (Step 15). Click "scanning complete" *once you have finished scanning all the receipts.* *You will find that all the information* *from the receipts is automatically entered into the computer* 2 (Step 16).<br>[US Patent No. 7,746,510 at col. 4, lines 16 – 21] | <br>Source: https://www.rydoo.com/resources/blog/receipt-scanner/rydoo-the-best-way-to-scan-receipts/<br>Timestamp - 0:14/0:33 and 0:17/0:33 |

| Claim Language | Evidence of Infringement |
|---|---|
| a display device in communication with said computer, wherein said computer organizes said expense information collected from each said scan by categorizing the expense information into one or more predetermined expense categories to obtain report information,<br><br>wherein said report information for at least one of said predetermined categories is displayed on said display device. | Rydoo automatically categorizes receipts into one or more predetermined categories such as Meals and entertainment, fuel, etc.  Further, Rydoo uses the category to present a summarized report.<br><br><br><br>Source:  https://youtu.be/Y7sCyV_FLvY?t=55 |

| Claim Language | Evidence of Infringement |
|---|---|
| |  |

| Claim Language | Evidence of Infringement |
|---|---|
| |  Source: https://help.rydoo.com/en/articles/3949582-create-and-edit-categories-one-by-one<br><br>Source: https://www.pcmag.com/picks/the-best-expense-tracking-software |

| Claim Language | Evidence of Infringement |
|---|---|
| 13. An apparatus as claimed in claim 11, wherein the apparatus allows a user to edit the expense information collected from the scans of each of said receipts.<br><br>15. An apparatus as claimed in claim 11, wherein each scan of said receipts is organized as an individual transaction so that the expense information obtained from each scanned receipt is able be individually viewed and edited. | Rydoo allow users to edit expense data that are read incorrectly by selecting a corresponding field. Moreover, each scan of receipt is taken as an individual transaction which can be viewed and edited individually.<br><br><br><br>Source:  https://help.rydoo.com/en/articles/3680511-edit-an-expense |

| Claim Language | Evidence of Infringement |
|---|---|
| | <br><br>Source: https://youtu.be/Y7sCyV_FLvY?t=55<br><br>Source: https://youtu.be/Y7sCyV_FLvY?t=56 |