EXHIBIT 6

EVIDENCE OF USE FOR U.S. PATENT NO. 8,693,070

Title: Receipts scanner and financial organizer

Application No.: US 13/743,603

Filing Date: January 17, 2013

Issue Date: April 08, 2014

**Accused Product:**



Source: https://www.rydoo.com/expense/receipt-scanner/

**Evidence of Use**

| Claim Language | Evidence of Infringement |
|---|---|
| 1. In a system having a scanner in communication with a computing device, a method comprising the steps of:<br><br>obtaining, by the scanner, an electronic image of a document having no predefined format and containing numerical information; | On information and belief, Defendant performs all steps of this claim or, alternatively, to the extent a user performs any step, Defendant conditions the user's use of the Defendant's accused instrumentalities on the performance of that step as disclosed herein. For example, on information and belief, a user cannot use the accused instrumentality as described in this claim chart without performance of the steps recited in this claim. By providing the functionality of the accused instrumentality as described herein, Defendant also controls the manner and/or timing of the functionality described in this claim chart. In other words, for a user to utilize the functionality described in this claim chart, the steps of this claim must be performed in the manner described herein. Without performance of the steps as described herein, the Defendant's functionality will not be available to users.<br><br>Rydoo provides the Rydoo mobile app for iOS and android mobile devices that functions as an automatic receipt scanner. It can scan an image of a receipt to produce a digital receipt that contains all of the necessary financial information. Further, Rydoo uses OCR algorithms to extract and organize data (i.e., expense data) from receipts and invoices of varied sizes. Using mobile device's camera, Rydoo can scan varying size of receipts which does not require any predefined format.<br><br>rydoo |

| Claim Language | Evidence of Infringement |
|---|---|
| |   Source: https://www.rydoo.com/expense/receipt-scanner/ |

| Claim Language | Evidence of Infringement |
|---|---|
| | **How to Use the Rydoo Receipt Scanner App**<br><br>Our receipt scanning app was designed to be incredibly user-friendly. To digitise a receipt, simply do the following:<br><br>1. Take a picture of the receipt.<br>2. Upload the picture to Rydoo, where the OCR software will scan the image and automatically extract the amount, date, currency, and merchant.<br>3. Add any details or meta-data that you need.<br>4. Send the digital receipt for approval via your smartphone.<br>5. The expenses are automatically sent to your accounting software for processing.<br><br>Source: https://www.rydoo.com/resources/blog/receipt-scanner/rydoo-the-best-way-to-scan-receipts/ |

4

| Claim Language | Evidence of Infringement |
|---|---|
| automatically capturing, in the computing device, the obtained electronic image including the numerical information;<br><br>organizing, in the computing device, the captured numerical information; | Source: https://www.rydoo.com/resources/blog/receipt-scanner/rydoo-the-best-way-to-scan-receipts/<br>Timestamp - 0:10/0:33 and 0:13/0:33 |

| Claim Language | Evidence of Infringement |
|---|---|
| **Specification Support:** *Once a file is selected, it displays "ready for scanning" (Step 14) Now you can feed the receipts into the scanner 1 one at a time (Step 15). Click "scanning complete" once you have finished scanning all the receipts. You will find that all the information from the scanned receipts is automatically entered into the computer 2 (Step 16).* [US Patent No. 8,693,070 at col. 4, lines 19 – 24] | Rydoo Receipt Scanner app uses OCR technology to read receipts and extract key financial data such as amount, etc. The extracted information is then automatically populated into their relevant field in the application ("organizing") which is displayed on the screen of the mobile device. <br><br>**State-of-the-art technology** <br><br>With its embedded artificial intelligence and machine learning, our Optical Character Recognition (OCR) technology is already able to read out 95% of all receipts flawlessly. Simply hold your phone over the receipt and click, our technology does all the rest. <br><br>**Receipt Scanner** <br><br>Say goodbye to crumpled receipts attached to spreadsheets. Let your employees scan their receipts as they incur them with our mobile app. Our technology will extract all key data, such as the date, merchant, amount and currency and transform it into searchable and useable data. <br><br>Source:   https://www.rydoo.com/expense/receipt-scanner/ |

6

| Claim Language | Evidence of Infringement |
|---|---|
| enabling editing of the captured numerical information; | <br><br>Source: https://youtu.be/Y7sCyV_FLvY?t=53<br><br>Source: https://youtu.be/Y7sCyV_FLvY?t=55 |

7

| Claim Language | Evidence of Infringement |
|---|---|
| enabling viewing of the captured numerical information in a desired format; and<br><br>combining the captured numerical information with other numerical information previously captured from other documents into a report. | After analyzing the receipt, the extracted information is automatically populated into their relevant field in the application.  The populated fields such as amount can be edited, if read incorrectly.<br><br>**Edit an expense**<br><br>Personal: edit an expense<br><br>**Steps to edit expense**<br><br>1. In the **Expenses** section, under your **TO DO**, select the expense you would like to edit.<br>2. You can click on the selected expense, then edit the necessary fields.<br><br>[screenshot of expense edit form with fields: Date 15/03/2022, Merchant Yellow Cab, Amount 0.66, Currency CAD, Exchange rate 1 EUR = 1.398, Group Administrators - UK, Category Breakfast, Paid with Cash, Country United Kingdom, Project Sub group related, Tax Rate 12.0..., Tax (%) 12.000, Tax Amo... 0.07, and a receipt image from Yellow Cab Co Ltd]<br><br>3. When completed, click **Submit** or **Save**.<br><br>Source:  https://help.rydoo.com/en/articles/3680511-edit-an-expense |

8

| Claim Language | Evidence of Infringement |
|---|---|
| | Rydoo combines the extracted expenditure data of a receipt with other previously scanned receipts to form a report. The extracted expense information can be viewed in a tabular format.  Source: https://help.rydoo.com/en/articles/4088107-configure-pdf-reports |

| Claim Language | Evidence of Infringement |
|---|---|
|  | <br>Source: https://youtu.be/Y7sCyV_FLvY?t=55 |

| Claim Language | Evidence of Infringement |
|---|---|
| 4. The method according to claim 1, further comprising the step of:<br>enabling searching for and accessing the report. | Rydoo search tool allow users to search for receipts by category, year, etc. Further, users can access the summarized reports by category, expense date, etc.<br><br>**15. Find Receipts Easily by Searching**<br><br>Imagine trawling through multiple boxes of receipts looking for a particular expense from several years ago – not only would it take forever, but there is a good chance that you wouldn't find what you were looking for!<br><br>Digital storage means ease of access.<br><br>Search tools allow you to search for receipts by category, year, price, or any number of metadata that you have attached to the receipt.<br><br>Source: https://www.rydoo.com/resources/blog/receipt-scanner/rydoo-the-best-way-to-scan-receipts/<br><br>Configure PDF Reports<br><br>By default, standard reports are summarized by category. Depending on your preferences, you could change the standard value in Summarize By field to any of the following:<br><br>**Report Details**<br>Include expense comments in the PDF reports<br><br>| DATE | PAYMENT | MERCHANT | CATEGORY | Tax | AMOUNT |<br>|---|---|---|---|---|---|<br>| Delivery, Freight and express ( , United Kingdom) | | | | | |<br>| #1 30/09/2019 | Cash | | Delivery, Freight and express | B | 1333.00 GBP |<br>| XPD035435051 | | Comment: This is a test comment. And can save up to 200 maximum number of characters including spaces. | | | |<br><br>Source: https://help.rydoo.com/en/articles/4088107-configure-pdf-reports |

11

| Claim Language | Evidence of Infringement |
|---|---|
| 5. The method according to claim 1, wherein the document is a receipt and the other documents are other receipts and the report summarizes expense information contained in the captured numerical information on electronic image of the receipt along with the other numerical information previously captured from the other receipts.<br><br>6. The method according to claim 5, further comprising the steps of:<br><br>categorizing the expense information for the receipts into one or more predetermined categories to obtain categorized information for the receipts,<br><br>wherein the report presents the expense information in the one or more predetermined categories. | Rydoo automatically categorizes receipts into one or more predetermined categories such as Meals and entertainment, fuel, etc.  Further, Rydoo uses the category to present a summarized report.<br><br><br><br>Source:  https://youtu.be/Y7sCyV_FLvY?t=55 |

| Claim Language | Evidence of Infringement |
|---|---|
| | <br>Source: https://help.rydoo.com/en/articles/4088107-configure-pdf-reports |

| Claim Language | Evidence of Infringement |
|---|---|
|  | **Default Categories:**<br>- Car rental<br>- Flight<br>- Fuel<br>- Gifts<br>- Hotel<br>- IT equipment and software<br>- Meals and entertainment<br>- Mileage<br>- Office supplies<br>- Other<br>- Parking<br>- Per diem<br>- Phone and internet<br>- Taxi<br>- Train<br><br>Comparison table showing Certify and Rydoo as "Our Picks", both with Editors' Rating 4.5 (Editors' Choice), Free Trial ✓, Auto-Categorizes Expenses ✓.<br><br>Source: https://help.rydoo.com/en/articles/3949582-create-and-edit-categories-one-by-one<br><br>Source: https://www.pcmag.com/picks/the-best-expense-tracking-software |